IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SKYLER BARRON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROTTINGHAUS COMPANY, INC., )<br>)<br>Defendant. )<br>) | Case No. CIV-16-124-R |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court by agreement of all parties. Plaintiff appears by and through her counsel of record, David Warta of Smolen, Smolen & Roytman PLLC.  Defendant appears by and through its counsel of record, Alisa Nickel Ehrlich of Stinson Leonard Street LLP and Elaine R. Turner of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.

The parties to this action stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the plaintiff desires to dismiss her claims against defendant with prejudice.  The parties agree that the matter herein has been resolved and that plaintiff's claims should be dismissed with prejudice, and that each party in the action should bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: February 17, 2017


By: s/ David A. Warta
David A. Warta, OBA #20361
SMOLEN, SMOLEN & ROYTMAN PLLC
701 South Cincinnati Ave.
Tulsa, OK  74119
Telephone: (918) 585-2667
Facsimile:  (918) 585-2669

*Attorney for Plaintiff Skyler Barron*

By: s/ Alisa Nickel Ehrlich
Alisa Nickel Ehrlich, KS #17096, pro hac vice
Patrick A. Edwards, KS #24553, pro hac vice
STINSON LEONARD STREET LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, KS 67206-6620
Telephone: (316) 265-8800
Facsimile: (316) 265-1349
Email: alisa.ehrlich@stinson.com
Email: patrick.edwards@stinson.com

Elaine R. Turner, OBA #13082
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: eturner@hallestill.com

***Attorneys for Defendant Rottinghaus Company, Inc.***